IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. JACKSON, III., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civ. No. 06-300-SLR |
| ) | |
| STANLEY W. TAYLOR, JR., ) | |
| THOMAS L. CARROLL, BUREAU ) | |
| CHIEF PAUL HOWARD, OTHER ) | |
| UNKNOWN STATE ACTORS ) | |
| RESPONSIBLE FOR AND ) | |
| PARTICIPATING IN THE CARRYING ) | |
| OUT OF PLAINTIFF'S EXECUTION, ) | |
| ) | |
| Defendants. ) | |

O R D E R

At Wilmington this 9th day of May, 2006, having reviewed plaintiff's application to proceed in forma pauperis;

IT IS ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is granted. (D.I. 1) Although his affidavit reflects that he is presently incarcerated, unemployed and has no cash, savings or assets of any kind, plaintiff shall be assessed the filing fee of $350.00, pursuant to 28 U.S.C. § 1915(b)(1). In order to determine the schedule of payment of the filing fee, plaintiff shall submit to the Clerk of Court a certified copy of his prison trust fund account (or institutional equivalent) for the six-month period immediately preceding the filing of this complaint, obtained from the institution at which plaintiff is

confined. Plaintiff shall return the requested information by **June 12, 2006.**

    2. Having conducted a review pursuant to 42 U.S.C. § 1915 and 1915A, the court concludes that plaintiff has stated nonfrivolous and cognizable claims within the meaning of § 1915A(b).

                                                 */s/ Sue L. Robinson*
                                                 United States District Judge