06-300-SLR

Judge Sue L Robinson                              6-08-06

I'm writing, in response to the $350.00 (Three hundred fifty dollars) for filing fees. It will take a week or more, for me to receive, my account balances. I request that the court address this and all further issues to my attorneys of record. The Federal Community Defender Office; Capital Habeas Unit - Suite 545 West - The Curtis Center - 601 Walnut St. - Philadelphia PA 19106, Phone number 215-928-0520. They will be calling your office on this matter if they haven't already.

Respectfully,
Robert L Jackson III
Robert L Jackson III
(Death Row)

c/o
Shawn Nolan Esq.
Federal Community Defender Office
For The Eastern District of PA. CHU
Suite 545 West - The Curtis Center
601 Walnut Street
  Philadelphia, PA. 19106



RECEIVED
JUN 12 2006
SUE L. ROBINSON
U.S. DISTRICT JUDGE

IM Robert L Jackson III
SBI# 256697   UNIT 18-B-C-9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

(legal mail)

Judge Sue L. Robinson
J. Caleb Boggs
Federal Courthouse Building
844 North King Street
Wilm, DE 19801

WILMINGTON DE 197
09 JUN 2006 PM 3 T

19801+3519