IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    C.A.No. 06-300-SLR |
| | ) |
| STANLEY W. TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**ANSWER of DEFENDANTS TAYLOR, CARROLL, AND HOWARD**

1. Denied.

2. Denied.

3. Admitted in part. Defendants are without sufficient information to respond to Plaintiff's characterization of his former attorney's representations as "erroneous."

4. Admitted.

5. Admitted.

6. The first sentence of this paragraph is admitted. The balance of the paragraph is denied.

7. Admitted in part and denied in part. 11 *Del. C.* § 4209 provides for execution of condemned prisoners by lethal injection. Denied that the statute is unconstitutionally vague.

8. Denied.

9. Denied.

10. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

11. Denied.

12. Denied.

13. Denied.

14. Admitted that potassium chloride has been administered as the third chemical in the lethal injection protocol. Admitted that potassium chloride causes cardiac arrest. The balance of the paragraph is denied.

15. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

16. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

17. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

22. The first sentence of this paragraph is admitted. The second sentence of this paragraph is denied.

23. Admitted.

24. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

25. Admitted that Plaintiff filed a grievance challenging the manner in which his execution was to be administered. Admitted that the grievance was denied. Admitted that an appeal process from the denial of the grievance exists. Admitted that Plaintiff's attorney was not permitted to file the grievance on Plaintiff's behalf. The balance of the paragraph is denied.

26. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

27. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

28. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

29. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

30. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

31. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

32. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

33. Admitted.

34. Denied.

35. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

36. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

37. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

38. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

39. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

40. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

41. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

42. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

43. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

44. Admitted that the job of executioner is voluntary and that the executioner's identity is kept confidential. The balance of the paragraph is denied.

45. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

46. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

47. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

48. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

49. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

50. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

51. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

52. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

53. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

54. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

55. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, the paragraph is denied.

<u>Defenses (including affirmative defenses)</u>

1. Plaintiff has failed to state a claim on which relief can be granted.

2. Plaintiff has failed to exhaust his administrative remedies under the Prison Litigation Reform Act.

3. Plaintiff's complaint is barred by the statute of limitations.

4. Plaintiff's complaint is barred by the doctrine of sovereign immunity.

WHEREFORE, Defendants pray that this Court dismiss Plaintiff's complaint, lift the stay on Plaintiff's execution, and grant any further appropriate relief.

                              STATE OF DELAWARE
                              DEPARTMENT OF JUSTICE

                              /s/_____
                              Gregory E. Smith, ID No. 3869
                              Deputy Attorney General
                              820 North French Street, 6th Floor
                              Carvel State Building
                              Wilmington, Delaware  19801
                              (302) 577-8398
                              Attorney for Defendants Taylor,
Dated: September 8, 2006          Carroll, and Howard

**CERTIFICATION OF SERVICE**

The undersigned certifies that on September 8, 2006, he electronically filed the attached *Answer* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

    Michael Wiseman, Esq.
    Assistant Federal Defender
    Suite 545 West—The Curtis Center
    Philadelphia, PA  19106
    Attorney for Robert Jackson

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/_____
    Gregory E. Smith, ID # 3869
    Deputy Attorney General
    820 North French Street, 6th Floor
    Carvel State Building
    Wilmington, Delaware 19801
    (302) 577-8398