**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROBERT W. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-300-SLR |
| | ) | |
| STANLEY W. TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

<u>NOTICE OF SERVICE OF DOCUMENT PRODUCTION</u>

In connection with Plaintiff's Motion for Discovery, Defendants hereby produce to Plaintiff the following sequentially number documents:

A.      DCC Procedure Number 110-Execution Procedure, Dated 3/11/92……...1

B.      DCC Procedure Number 110-Execution Procedure, Dated 2/26/93…...130

C.      DCC Procedure 2.7-Execution Procedure, Dated 9/29/95……………...205

D.      DCC Procedure 2.7-Execution Procedure, Dated 3/1/99……………....279

E.      DCC Procedure 2.7-Execution Procedure, Dated 10/11/00……….........345

F.      DCC Procedure 2.7-Execution Procedure, Dated 8/1/05……………....408

G.      Telephone Watch Log—Inmate Steven Pennell………………………..466

H.      Telephone Watch Log—Inmate James Allen Red Dog………………...488

I.      DCC Execution Log—Inmate Kenneth W. DeShields…………………506

J.      DCC Execution Log—Inmate Andre Deputy……….………………….532

K.      DCC Execution Log—Inmate Nelson Shelton…………………………567

L.      DCC Execution Log—Hanging-Inmate Billy Bailey…………………..607

M.      DCC Execution Log—Lethal Injection-Inmate William Flamer………640

N.    DCC Execution Log—Lethal Injection-Inmate James Clark…………..676

O.    DCC Execution Log—Lethal Injection-Inmate David Lawrie…………712

P.    DCC Execution Log—Lethal Injection-Inmate Willie Sullivan……….724

Q.    DCC Execution Log—Lethal Injection-Inmate Dwayne Weeks………738

R.    DCC Execution Log—Lethal Injection-Inmate David Dawson……….748

S.    DCC Execution Log—Lethal Injection-Inmate Abdullah Hameen……762

T.    DCC Execution Log—Lethal Injection-Inmate Brian Steckel…………771

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 6th Floor

Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

## CERTIFICATION OF SERVICE

The undersigned certifies that on October 3, 2006, he electronically filed the attached *Notice of Service of Document Production* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

Michael Wiseman, Esq.
Assistant Federal Defender
Suite 545 West—The Curtis Center
Philadelphia, PA  19106
Attorney for Robert Jackson

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 6th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398