IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT W. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-300-SLR |
| | ) | |
| STANLEY W. TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, as part of his discovery request, Plaintiff has sought "Copies of all autopsy reports for each execution accomplished by lethal injection from its inception to date, including all photographs, lab work, bench notes, or other writings generated by those who performed or assisted in autopsies;"

WHEREAS, the above-requested materials appear to fall within the definition of "protected health information" as defined by 16 *Del. C.* § 1230(4);

WHEREAS, 16 *Del. C.* § 1232(d)(5) provides that such materials may be disclosed without the informed consent of individuals who are the subjects of the information pursuant to a court order to avert a clear danger to an individual or the public health;

WHEREAS, the planned execution of Plaintiff by lethal injection constitutes a clear danger to him;

IT IS SO ORDERED this ___ day of _____, 200__, that Plaintiff's discovery request is granted, subject to the limitations on secondary disclosures placed on such information by 16 *Del. C.* § 1232(g) that Plaintiff, his attorneys, and his retained expert witness, may not disclose the protected health information to another person.

_____
Sue L. Robinson
Chief Judge
United States District Court

**CERTIFICATION OF SERVICE**

The undersigned certifies that on October 3, 2006, he electronically filed the attached *Proposed Discovery Order* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

Michael Wiseman, Esq.
Assistant Federal Defender
Suite 545 West—The Curtis Center
Philadelphia, PA  19106
Attorney for Robert Jackson

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 6th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398