IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. JACKSON, III., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-300-SLR |
| ) | |
| STANLEY W. TAYLOR, JR., ) | |
| THOMAS L. CARROLL, BUREAU ) | |
| CHIEF PAUL HOWARD, OTHER ) | |
| UNKNOWN STATE ACTORS ) | |
| RESPONSIBLE FOR AND ) | |
| PARTICIPATING IN THE CARRYING ) | |
| OUT OF PLAINTIFF'S EXECUTION, ) | |
| ) | |
| Defendants. ) | |

ORDER

At Wilmington this 23d day of October 2006, having been advised by counsel of a scheduling conflict;

IT IS ORDERED that the week long bench trial scheduled for **July 23, 2007** is **cancelled** and **rescheduled** to commence on **Monday, September 10, 2007** at **9:30 a.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                                        _/s/ Sue L. Robinson_
                                                        United States District Judge