IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT W. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-300-SLR |
| | ) | |
| STANLEY W. TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF SERVICE OF DOCUMENT PRODUCTION

In connection with Plaintiff's Motion for Discovery, Defendants hereby supplement their previous response and produce to Plaintiff the following sequentially number documents:

| | | |
|---|---|---|
| U | Autopsy Documents- Steven Pennell………………………...........785 |
| V | Autopsy Documents-James Allen Red Dog…......................................1022 |
| W | Autopsy Documents-Kenneth Deshields…………...........................1264 |
| X | Autopsy Documents-Andre Deputy…………...................................1433 |
| Y | Autopsy Documents-Nelson Shelton……….......................................1560 |
| Z | Autopsy Documents-William Flamer…………................................1627 |
| AA. | Autopsy Documents-James Clark, Jr.……………………………1676 |
| BB. | Autopsy Documents-David Lawrie…………….............................1717 |
| CC. | Autopsy Documents-Willie Sullivan……………………………….1735 |
| DD. | Autopsy Documents-Dwayne Weeks………..…………………...1762 |
| EE. | Autopsy Documents-David Dawson………………………………..1787 |
| FF. | Autopsy Documents-Abdullah Hameen……………………………1816 |

GG.    Autopsy Documents-Brian Steckel……………………………………1845

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 6th Floor

Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

## CERTIFICATION OF SERVICE

The undersigned certifies that on November 3, 2006, he electronically filed the attached *Notice of Service of Document Production* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

    Michael Wiseman, Esq.
    Assistant Federal Defender
    Suite 545 West—The Curtis Center
    Philadelphia, PA  19106
    Attorney for Robert Jackson

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/_____
    Gregory E. Smith, ID # 3869
    Deputy Attorney General
    820 North French Street, 6th Floor
    Carvel State Building
    Wilmington, Delaware 19801
    (302) 577-8398