IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. JACKSON III, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 06-300-SLR |
| STANLEY W. TAYLOR, JR., THOMAS L. CARROLL, PAUL HOWARD, OTHER UNKNOWN STATE ACTORS RESPONSIBLE FOR AND PARTICIPATING IN THE CARRYING OUT OF PLAINTIFF'S EXECUTION, all in their individual and official capacities, | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 24th day of January, 2007, having reviewed plaintiff's motion for class certification and the related papers filed therein;

IT IS ORDERED that oral argument on said motion (D.I. 26) shall be heard on **Thursday, February 8, 2007,** at 10:00 a.m. in courtroom 6B on the 6th Floor, Boggs Federal Building, 844 King Street, Wilmington, Delaware. Each side will be given one hour to present their argument.

                                             /s/ Sue L. Robinson
                                             United States District Judge