IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. JACKSON, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-300-SLR |
| ) | |
| CARL C. DANBERG, ) | |
| THOMAS L. CARROLL, PAUL ) | |
| HOWARD, OTHER UNKNOWN STATE ) | |
| ACTORS RESPONSIBLE FOR AND ) | |
| PARTICIPATING IN THE CARRYING ) | |
| OUT OF PLAINTIFF'S EXECUTION, ) | |
| all in their individual and ) | |
| official capacities, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 22d day of February, 2007, for the reasons stated in the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiff's motion (D.I. 26) is **granted.** This case is certified as a class action pursuant to Fed. R. Civ. P. 23(b)(1) & (2).

2. The following are appointed as class counsel with the understanding and agreement that counsel will not petition for fees or costs:

> Michael Wiseman, Helen Marino, Megan McCracken
> Capital Habeas Corpus Unit
> Federal Community Defender Office for the Eastern
> District of Pennsylvania
> Suite 545 West-The Curtis Center

      Philadelphia, PA  19106
      215-928-0520

3. Plaintiff's Proposed Notice to Class (D.I. 26, ex. 1) is approved. Class counsel shall provide one copy to each member of the class and a copy or copies will be posted prominently in the area(s) in which the class is incarcerated.

                                            */s/ Sue L. Robinson*
                                    United States District Judge