IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. JACKSON,            ) | |
|                               ) | |
|       Plaintiff,              ) | |
|                               ) | |
|    v.                         ) | C.A. No. 06-300-SLR |
|                               ) | |
| CARL DANBERG, et al.,         ) | |
|                               ) | |
|       Defendants.             ) | |

NOTICE OF SERVICE OF DEFENDANTS'
RESPONSE TO PLAINITFF'S FIRST REQUEST FOR INTERROGATORIES

The undersigned certifies that on March 22, 2007, he electronically filed the attached *Notice of Service of Response to Plaintiff's First Request for Interrogatories* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant and also sent two copies of the *Response* by United States mail to:

Michael Wiseman, Esq.
Assistant Federal Defender
Suite 545 West—The Curtis Center
Philadelphia, PA  19106
Attorney for Robert Jackson

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 6th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398