# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT W. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-300-SLR |
| | ) | |
| CARL DANBERG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF DOCUMENT PRODUCTION

In connection with Plaintiffs' Request for Production of Documents, Defendants hereby produce to Plaintiffs the following sequentially number documents:

| | | |
|---|---|---|
| HH. | State of Delaware, Department of Correction Policy No. 2.7, | …………...1904 |
| II. | Bureau of Prisons Procedure No. 2.4 | …………………….…………..1905 |
| JJ. | After Action Report on the execution of Brian Steckel | …...………………1945 |
| KK. | Venous access memo re: Brain Steckel | …………………….....…………1950 |
| LL. | Death Watch Log Summary re: Brian Steckel | …..………………………...1952 |
| MM. | Final Report on the execution of Abdullah Hameen, aka Cornelius Ferguson | …………………………………………………………………...1959 |
| NN. | Venous access memo re: Abdullah Hameen | ……………………………….1965 |
| OO. | Death Watch Log Summary re: Abdullah Hameen, aka Cornelius Ferguson | ………………………………………………………………….…..1968 |
| PP. | Final Report on the execution of David Dawson | ………………………….1988 |
| QQ. | Venous access memo re: David Dawson | ……………………...…………..1996 |
| RR. | Death Watch Log Summary re: David Dawson | ………………………….1998 |
| SS. | Final Report on the execution of Dwayne Weeks | ………………………....2025 |
| TT. | Venous access memo re: Dwayne Weeks | ………………………………….2030 |

UU.    Death Watch Log Summary re: Dwayne Weeks………………………….2032

VV.    Final Report on the execution of Willie Sullivan…………………...….2034

WW.   Death Watch Log Summary re: Willie Sullivan..…………………………...2039

XX.    Final Report on the execution of David Lawrie……………………….....2057

YY.    Venous access memo re: David Lawrie…………………………………....2062

ZZ.    Death Watch Log Summary re: David Lawrie...………………………….2064

AAA.   Final Report on the execution of James Clark…………………………….2078

BBB.   Venous access memo re: James Clark………………...……………..2080

CCC.   Death Watch Log Summary re: James Clark..…………………………….2082

DDD.   Final Report on the execution of William Flamer………………………...2097

EEE.   Venous access memo re: William Flamer……………………...………2098

FFF.   Death Watch Log Summary re: William Flamer.………………………….2100

GGG.   Final Report on the execution of Nelson Shelton………………………….2115

HHH.   Venous access memo re: Nelson Shelton………………………….....…2121

III.    Death Watch Log Summary re: Nelson Shelton..………………………...2123

JJJ.    Final Report on the execution of Andre Deputy………………………….2140

KKK.   Venous access memo re: Andre Deputy…………………..……………2145

LLL.   Death Watch Log Summary re: Andre Deputy..…………………………..2148

MMM. Final Report on the execution of Kenneth DeShields……………………..2163

NNN.   Venous access memo re: Kenneth DeShields……………………………..2168

OOO.   Death Watch Log Summary re: Kenneth DeShields..…………………….2170

PPP.   Final Report on the execution of James Allen Red Dog…………………..2179

QQQ.   Venous access memo re: James Red Dog………………………………...2185

RRR.   Death Watch Log Summary re: James Red Dog…………………………..2189

SSS.   Final Report on the execution of Steven Pennell………………………….2203

TTT.   Death Watch Log Summary re: Steven Pennell...…………………………...2210

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

**CERTIFICATION OF SERVICE**

The undersigned certifies that on May 7, 2007, he electronically filed the attached *Notice of Service of Document Production* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

Michael Wiseman, Esq.
Assistant Federal Defender
Suite 545 West—The Curtis Center
Philadelphia, PA  19106
Attorney for Robert Jackson

                                         STATE OF DELAWARE
                                         DEPARTMENT OF JUSTICE

                                         /s/_____
                                         Gregory E. Smith, ID # 3869
                                         Deputy Attorney General
                                         820 North French Street, 7th Floor
                                         Carvel State Building
                                         Wilmington, Delaware 19801
                                         (302) 577-8398