IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. JACKSON, III, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-300-SLR |
| STANLEY W. TAYLOR, JR., et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this **15th** day of **May, 2007**,

IT IS ORDERED that a teleconference has been scheduled for **Thursday, May 31, 2007 at 9:30 a.m.** with Judge Thynge to discuss the status of the case and the mediation scheduled for June 15, 2007.  **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE