IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. JACKSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 06-300-SLR |
| | ) |
| CARL DANBERG, et al., | ) |
| | ) |
| Defendants. | ) |

NOTICE OF SERVICE OF DOCUMENT PRODUCTION

In connection with Plaintiffs' Request for Production of Documents, Defendants hereby produce to Plaintiffs the following sequentially number documents:

UUU. Letter dated February 24, 1992 to Bureau Chief Risley
from Department of Justice……………………………………………2228

VVV. Death Watch Discussion Log Book…………………………………...2230


STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

## CERTIFICATION OF SERVICE

The undersigned certifies that on May 16, 2007, he electronically filed the attached *Notice of Service of Document Production* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

>Michael Wiseman, Esq.
>Assistant Federal Defender
>Suite 545 West—The Curtis Center
>Philadelphia, PA  19106
>Attorney for Robert Jackson

>STATE OF DELAWARE
>DEPARTMENT OF JUSTICE
>
>/s/_____
>Gregory E. Smith, ID # 3869
>Deputy Attorney General
>820 North French Street, 7th Floor
>Carvel State Building
>Wilmington, Delaware 19801
>(302) 577-8398