IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. JACKSON, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-300-SLR |
| | ) |
| CARL C. DANBERG, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

At Wilmington this 8th day of June, 2007, having conferred with counsel,

IT IS ORDERED that:

1. Defendants' motion for a protective order (D.I. 38) is granted.

2. Plaintiffs' cross-motion for discovery (D.I. 42) is withdrawn, without prejudice to renew.

3. Plaintiffs' motion to amend the scheduling order (D.I. 39) is granted, as follows:

   a. All discovery (fact and expert) shall be completed on or before **October 1, 2007.**

   b. The pretrial conference shall be conducted on **October 1, 2007 at 4:30 p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The parties shall not file motions *in limine*; instead, the parties' pretrial order shall identify all evidentiary issues which should be addressed before trial.

   c. A bench trial shall be conducted commencing on **October 9, 2007** in courtroom 6B. The parties shall be allocated a certain number of hours in which to present their respective cases.

                _____
                United States District Judge