IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT W. JACKSON, III, | : | **Civil Action No.** |
| | : | 06-CV-300 |
| Plaintiff, | : | |
| | : | |
| -against- | : | **Chief Judge Sue L. Robinson** |
| | : | |
| CARL C. DANBERG, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | **CLASS ACTION** |

NOTICE OF SERVICE OF
PLAINTIFFS' RESPONSE TO DEFENDANTS' 1ST REQUEST FOR PRODUCTION

Undersigned class counsel hereby notice their service of *PLAINTIFFS' RESPONSE TO DEFENDANTS' 1ST REQUEST FOR PRODUCTION*, by e-mail and hard-copy on this the 9th day of July, 2007.

Submitted,

/s/ Michael Wiseman

_____
Michael Wiseman
Helen Marino
Megan McCracken
Assistant Federal Defenders
Federal Community Defender
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520

Counsel for Plaintiff Class

Dated: Wilmington, Delaware
       July 9, 2007

**CERTIFICATE OF SERVICE**

I, Michael Wiseman, hereby certify that on this 9th day of July, 2007 I served the foregoing upon counsel for Defendants by e-mail and United States Mail:

Loren Myers, Esq.
Gregory E. Smith, Esq.
Elizabeth McFarlant, Esq.
Deputy Attorney Generals
820 North French Street, 6th Floor
Carvel State Building
Wilmington, Delaware 19801

/s/ Michael Wiseman
_____
Michael Wiseman