IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-300-SLR |
| | ) | |
| CARL DANBERG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF**

State Defendants, by and through undersigned counsel, and hereby move the Court to enter an Order granting Defendants' counsel the right to depose an incarcerated party pursuant to Federal Rule of Civil Procedure 30(a)(2). In support of this application, Defendants offer the following:

1. Robert W. Jackson ("Plaintiff") is an inmate incarcerated at the Delaware Correctional Center, Smyrna, Delaware.

2. Counsel for the State Defendants seek to depose Jackson.

3. The undersigned has contacted counsel for Jackson, and counsel does not oppose the instant motion.

WHEREFORE State Defendants respectfully request that this Honorable Court grant Defendants leave to depose Plaintiff on a date convenient to the parties.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Gregory E. Smith
        Gregory E. Smith, ID # 3869
        Deputy Attorney General
        820 North French Street, 7th Floor
        Carvel State Building
        Wilmington, Delaware 19801
        (302) 577-8398

Dated: July 12, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-300-SLR |
| | ) | |
| CARL DANBERG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

**WHEREAS,** State Defendants having requested leave to depose Plaintiff pursuant to Federal Rule of Civil Procedure 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, this _____ day of _____, 2007, that Defendants' Motion for Leave to Depose Plaintiff shall be granted and Defendants shall have the right to depose Plaintiff.

_____
Sue L. Robinson
United States District Judge

**CERTIFICATION OF SERVICE**

The undersigned certifies that on July 12, 2007, he electronically filed the attached *Motion for Leave to Depose Incarcerated Person* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

Michael Wiseman, Esq.
Assistant Federal Defender
Suite 545 West—The Curtis Center
Philadelphia, PA  19106
Attorney for Robert Jackson

                                STATE OF DELAWARE
                                DEPARTMENT OF JUSTICE

                                /s/ Gregory E. Smith
                                Gregory E. Smith, ID # 3869
                                Deputy Attorney General
                                820 North French Street, 7th Floor
                                Carvel State Building
                                Wilmington, Delaware 19801
                                (302) 577-8398