IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-300-SLR |
| | ) | |
| CARL DANBERG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DEPOSITION

Please take notice that Defendants' counsel will take the oral deposition of Robert W. Jackson on August 8, 2007 at 10:00 a.m. at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, Delaware 19977.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/  Gregory E. Smith_____
Gregory E. Smith, ID # 3869
Elizabeth R. McFarlan, ID # 3759
Marc Niedzielski, ID # 2616
Deputy Attorneys General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398
Counsel for Defendants

**CERTIFICATION OF SERVICE**

The undersigned certifies that on July 20, 2007, he electronically filed the attached *Notice of Deposition* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

    Michael Wiseman, Esq.
    Assistant Federal Defender
    Suite 545 West—The Curtis Center
    Philadelphia, PA  19106
    Attorney for Robert Jackson

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/_Gregory E. Smith_____
    Gregory E. Smith, ID # 3869
    Deputy Attorney General
    820 North French Street, 7th Floor
    Carvel State Building
    Wilmington, Delaware 19801
    (302) 577-8398