## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-300-SLR |
| | ) | |
| CARL DANBERG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DEPOSITION

Please take notice that Defendants' counsel will take the oral deposition of Dr. Steven Katz on August 9, 2007 at 9:00 a.m. at the Carvel State Office Building, 820 North French Street, Wilmington, Delaware 19801.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Gregory E. Smith
    Gregory E. Smith, ID # 3869
    Elizabeth R. McFarlan, ID # 3759
    Marc Niedzielski, ID # 2616
    Deputy Attorneys General
    820 North French Street, 7th Floor
    Carvel State Building
    Wilmington, Delaware 19801
    (302) 577-8398
    Counsel for Defendants

# CERTIFICATION OF SERVICE

The undersigned certifies that on July 20, 2007, he electronically filed the attached *Notice of Deposition* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

Michael Wiseman, Esq.
Assistant Federal Defender
Suite 545 West—The Curtis Center
Philadelphia, PA  19106
Attorney for Robert Jackson

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/_Gregory E. Smith_____
        Gregory E. Smith, ID # 3869
        Deputy Attorney General
        820 North French Street, 7th Floor
        Carvel State Building
        Wilmington, Delaware 19801
        (302) 577-8398