IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-300-SLR |
| | ) | |
| CARL DANBERG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

Please take notice that Defendants' counsel will take the oral deposition of John Senders on August 27, 2007 at 10:00 a.m. at Suite 545 West—The Curtis Center, Philadelphia, PA 19106.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Gregory E. Smith
        Gregory E. Smith, ID # 3869
        Elizabeth R. McFarlan, ID # 3759
        Marc Niedzielski, ID # 2616
        Deputy Attorneys General
        820 North French Street, 7th Floor
        Carvel State Building
        Wilmington, Delaware 19801
        (302) 577-8398
        Counsel for Defendants

**CERTIFICATION OF SERVICE**

The undersigned certifies that on July 20, 2007, he electronically filed the attached *Notice of Deposition* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

    Michael Wiseman, Esq.
    Assistant Federal Defender
    Suite 545 West—The Curtis Center
    Philadelphia, PA  19106
    Attorney for Robert Jackson

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Gregory E. Smith
    Gregory E. Smith, ID # 3869
    Deputy Attorney General
    820 North French Street, 7th Floor
    Carvel State Building
    Wilmington, Delaware 19801
    (302) 577-8398