IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-300-SLR |
| | ) | |
| CARL DANBERG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

Please take notice that Defendants' counsel will take the oral deposition of Dr. Deborah Mash on September 7, 2007 at 10:00 a.m. at Suite 545 West—The Curtis Center, Philadelphia, PA  19106.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/  Gregory E. Smith
    Gregory E. Smith, ID # 3869
    Elizabeth R. McFarlan, ID # 3759
    Marc Niedzielski, ID # 2616
    Deputy Attorneys General
    820 North French Street, 7th Floor
    Carvel State Building
    Wilmington, Delaware 19801
    (302) 577-8398
    Counsel for Defendants

## CERTIFICATION OF SERVICE

The undersigned certifies that on July 20, 2007, he electronically filed the attached *Notice of Deposition* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

Michael Wiseman, Esq.
Assistant Federal Defender
Suite 545 West—The Curtis Center
Philadelphia, PA  19106
Attorney for Robert Jackson

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_Gregory E. Smith_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398