IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-300-SLR |
| | ) | |
| CARL DANBERG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

Please take notice that Defendants' counsel will take the oral deposition of Dr. Mark Heath on Saturday, September 22, 2007 at 10:00 a.m. at Suite 545 West—The Curtis Center, Philadelphia, PA 19106.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Gregory E. Smith
    Gregory E. Smith, ID # 3869
    Elizabeth R. McFarlan, ID # 3759
    Marc Niedzielski, ID # 2616
    Deputy Attorneys General
    820 North French Street, 7th Floor
    Carvel State Building
    Wilmington, Delaware 19801
    (302) 577-8398
    Counsel for Defendants

**CERTIFICATION OF SERVICE**

The undersigned certifies that on July 20, 2007, he electronically filed the attached *Notice of Deposition* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

Michael Wiseman, Esq.
Assistant Federal Defender
Suite 545 West—The Curtis Center
Philadelphia, PA  19106
Attorney for Robert Jackson

                          STATE OF DELAWARE
                          DEPARTMENT OF JUSTICE

                          /s/ Gregory E. Smith_____
                          Gregory E. Smith, ID # 3869
                          Deputy Attorney General
                          820 North French Street, 7th Floor
                          Carvel State Building
                          Wilmington, Delaware 19801
                          (302) 577-8398