# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. JACKSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 06-300-SLR |
| ) | |
| CARL DANBERG, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF DOCUMENT PRODUCTION

In connection with Plaintiffs' Request for Production of Documents, Defendants hereby produce to Plaintiffs the following sequentially number documents:

WWW.  Bureau of Prisons Procedure Manual 2.4, dated February 1, 1993….2414

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Gregory E. Smith
        Gregory E. Smith, ID # 3869
        Deputy Attorney General
        820 North French Street, 7th Floor
        Carvel State Building
        Wilmington, Delaware 19801
        (302) 577-8398

Dated: August 16, 2007

## CERTIFICATION OF SERVICE

The undersigned certifies that on August 16, 2007, he electronically filed the attached *Notice of Service of Document Production* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

>Michael Wiseman, Esq.
>Assistant Federal Defender
>Suite 545 West—The Curtis Center
>Philadelphia, PA  19106
>Attorney for Robert Jackson

>STATE OF DELAWARE
>DEPARTMENT OF JUSTICE
>
>/s/ Gregory E. Smith
>Gregory E. Smith, ID # 3869
>Deputy Attorney General
>820 North French Street, 7th Floor
>Carvel State Building
>Wilmington, Delaware 19801
>(302) 577-8398