IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT W. JACKSON, III, et. al. | : | Civil Action No. |
| | : | 06-CV-300 |
| Plaintiffs, | : | |
| | : | |
| -against- | : | **Judge Sue L. Robinson** |
| | : | |
| CARL C. DANBERG, et. al., | : | |
| | : | **Class Action** |
| Defendants. | : | |

## NOTICE OF DEPOSITION

Please take notice that Plaintiffs' counsel will take the oral deposition of Dr. Mark Dershwitz on September 10, 2007 at 11:00 a.m. at the Hilton Boston Logan Airport, 1 Hotel Drive, Boston, MA 02128.

Respectfully Submitted,

/s/ Michael Wiseman

_____
Michael Wiseman
Helen Marino
Supervisory Assistant Federal Defenders
Megan McCracken
Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520

Dated: Philadelphia, PA
August 16, 2007

**Certificate of Service**

I, Michael Wiseman, hereby certify that on this 16th day of August, 2007 I served the foregoing upon the following person by e-mail and United States Mail:

Loren Myers, Esq. and Gregory E. Smith, Esq.
Office of the Attorney General
820 North French Street, 6th Floor
Carvel State Building
Wilmington, Delaware 19801

/s/ Michael Wiseman
_____
Michael Wiseman