IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT W. JACKSON, III, et. al. | : | Civil Action No. |
| | : | 06-CV-300 |
| Plaintiffs, | : | |
| | : | |
| -against- | : | Judge Sue L. Robinson |
| | : | |
| CARL C. DANBERG, et. al., | : | |
| | : | Class Action |
| Defendants. | : | |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF
MOTION TO AMEND COMPLAINT**

Plaintiffs hereby withdraw with prejudice their *Motion to Amend Complaint* (document #55) filed on August 15, 2007.

Respectfully Submitted,

/s/ Michael Wiseman

Maureen Kearney Rowley
Chief Federal Defender
By:  Michael Wiseman
Helen Marino
Megan McCracken
Assistant Federal Defenders
Federal Community Defender
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520

Counsel for the Class

Dated: Wilmington, Delaware
        August 26, 2007

**Certificate of Service**

I, Michael Wiseman, hereby certify that on this 27th day of August, 2007 I served the foregoing upon the following persons by United States Mail, First Class, postage prepaid:

Loren Myers, Esq.
Gregory E. Smith, Esq.
Elizabeth McFarlan, Esq.
Marc Niedzielski, Esq.
Deputy Attorney Generals
820 North French Street, 6th Floor
Carvel State Building
Wilmington, Delaware 19801

/s/ Michael Wiseman
_____
Michael Wiseman