IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-300-SLR |
| | ) |
| CARL DANBERG, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF TRIAL DEPOSITION**

Please take notice that Defendants' counsel will take the trial deposition of Dr. Mark Dershwitz on Monday, September 24, 2007 at 11:00 a.m. at 820 North French Street, 6th Floor, Carvel State Building, Wilmington, Delaware 19801 by video and stenographic means.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, ID # 3869
Elizabeth R. McFarlan, ID # 3759
Marc Niedzielski, ID # 2616
Deputy Attorneys General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398
Counsel for Defendants

**CERTIFICATION OF SERVICE**

The undersigned certifies that on August 28, 2007, he electronically filed the attached *Notice of Deposition* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

Michael Wiseman, Esq.
Assistant Federal Defender
Suite 545 West—The Curtis Center
Philadelphia, PA  19106
Attorney for Robert Jackson

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_Gregory E. Smith_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398