IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT W. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-300-SLR |
| | ) | |
| CARL DANBERG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF SERVICE OF DOCUMENT PRODUCTION

In connection with Plaintiffs' Request for Production of Documents, Defendants hereby produce to Plaintiffs the following sequentially number documents:

XXX.   Department of Correction Policy No. 2.7, dated August 31, 2007……2444

YYY.   Bureau of Prisons Policy No. 2.7, dated August 31, 2007…………….2445

ZZZ.   Delaware Correctional Center Procedure No. 2.7, and attachments
       dated August 31, 2007…………………………………………...2446

AAAA. Expert Report and Curriculum Vitae of Dr. Mark Dershwitz………..2507

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

Dated: August 31, 2007

**CERTIFICATION OF SERVICE**

The undersigned certifies that on August 31, 2007, he electronically filed the attached *Notice of Service of Document Production* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

>Michael Wiseman, Esq.
>Assistant Federal Defender
>Suite 545 West—The Curtis Center
>Philadelphia, PA  19106
>Attorney for Robert Jackson

>STATE OF DELAWARE
>DEPARTMENT OF JUSTICE

>/s/ Gregory E. Smith
>Gregory E. Smith, ID # 3869
>Deputy Attorney General
>820 North French Street, 7th Floor
>Carvel State Building
>Wilmington, Delaware 19801
>(302) 577-8398