IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT W. JACKSON, III, | : | **Civil Action No.** |
| | : | 06-CV-300 |
| Plaintiff, | : | |
| | : | |
| -against- | : | **Chief Judge Sue L. Robinson** |
| | : | |
| CARL C. DANBERG, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | **CLASS ACTION** |

**NOTICE OF DEPOSITION**

Please take notice that pursuant to Fed.R.Civ.P. 30 counsel for Plaintiffs will take the Deposition Upon Oral Examination of Carl Danberg at a mutually convenient place and at a mutually convenient time during the weeks of September 10 and 17, 2007.

Michael Wiseman
Helen Marino
Megan McCracken
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520

Dated: September 3, 2007
         Philadelphia, PA

**Certificate of Service**

I, Michael Wiseman, hereby certify that on this 3rd day of September, 2007 I served the foregoing upon counsel for Defendants by e-mail and United States Mail:

Loren Myers, Esq.
Gregory E. Smith, Esq.
Elizabeth McFarlant, Esq.
Marc Niedzielski, Esq.
Deputy Attorneys General
820 North French Street, 6th Floor
Carvel State Building
Wilmington, Delaware 19801

/s/ Michael Wiseman
_____
Michael Wiseman