IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

ROBERT W. JACKSON, III,                :         **Civil Action No.**
                                       :         06-CV-300
           Plaintiff,                  :
                                       :
        -against-                      :         **Chief Judge Sue L. Robinson**
                                       :
CARL C. DANBERG, et al.,               :
                                       :
           Defendants.                 :
_____ :         **CLASS ACTION**

### Notice of Deposition

Please take notice that pursuant to Fed.R.Civ.P. 30 counsel for Plaintiffs will take the Deposition Upon Oral Examination of other unknown individuals who participated in the review of creation of the DCC Procedure 2.7 (dated August 31, 2007), at a mutually convenient place and at a mutually convenient time during the weeks of September 10 and 17, 2007.

Michael Wiseman
Helen Marino
Megan McCracken
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520

Dated: September 3, 2007
       Philadelphia, PA

**Certificate of Service**

I, Michael Wiseman, hereby certify that on this 3rd day of September, 2007 I served the foregoing upon counsel for Defendants by e-mail and United States Mail:

>Loren Myers, Esq.
>Gregory E. Smith, Esq.
>Elizabeth McFarlant, Esq.
>Marc Niedzielski, Esq.
>Deputy Attorneys General
>820 North French Street, 6th Floor
>Carvel State Building
>Wilmington, Delaware 19801

/s/ Michael Wiseman
_____
Michael Wiseman