IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ROBERT W. JACKSON, III, et al. | : | Civil Action No. |
|  | : | 06-cv-300 |
| Plaintiffs, | : |  |
|  | : | Judge Sue L. Robinson |
| vs. | : |  |
|  | : |  |
| CARL DANBERG, et al., | : |  |
|  | : |  |
| Defendants. | : | CLASS ACTION |

**NOTICE OF PLAINTIFFS' FOURTH DISCOVERY REQUEST**

Please take notice that counsel for Plaintiffs have served their Fourth Discovery Request.

Michael Wiseman
Helen Marino
Megan McCracken
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520

Dated:  September 3, 2007
        Philadelphia, PA

**Certificate of Service**

I, Michael Wiseman, hereby certify that on this 3rd day of September, 2007 I served the foregoing upon counsel for Defendants by e-mail and United States Mail:

Loren Myers, Esq.
Gregory E. Smith, Esq.
Elizabeth McFarlant, Esq.
Marc Niedzielski, Esq.
Deputy Attorneys General
820 North French Street, 6th Floor
Carvel State Building
Wilmington, Delaware 19801

/s/ Michael Wiseman
_____
Michael Wiseman