IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT W. JACKSON, III, et. al. | : | Civil Action No. |
| | : | 06-CV-300 |
| Plaintiffs, | : | |
| | : | |
| -against- | : | Judge Sue L. Robinson |
| | : | |
| CARL C. DANBERG, et. al., | : | |
| | : | Class Action |
| Defendants. | : | |

NOTICE OF TOUR OF FACILITY

Please take notice that pursuant to Fed.R.Civ.P. 34; 26(a)(5), Plaintiffs' counsel, along with experts retained by Plaintiffs' counsel, will tour the lethal injection facilities at the Delaware Correctional Center during the week of September 10, 2007, at a mutually agreeable date and time. The lethal injection facility should be set up for a "dry run" of an execution, with the IV Team members in place, and with the pan-tilt zoom camera installed and in full operation.

Respectfully Submitted,

/s/ Michael Wiseman

_____
Michael Wiseman
Helen Marino
Supervisory Assistant Federal Defenders
Megan McCracken
Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520

Dated: Philadelphia, PA
       September 3, 2007