IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-300-SLR |
| | ) | |
| CARL DANBERG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED NOTICE OF DEPOSITION-DUCES TECUM**

Please take notice that Defendants' counsel will take the oral deposition of Dr. Mark Heath on Saturday, September 22, 2007 at 10:00 a.m. at Suite 545 West—The Curtis Center, Philadelphia, PA 19106. <u>Defendants request that the deponent bring with him the following items: any draft copies of his expert report; copies of any written correspondence with Planitiffs' counsel, staff of Plaintiffs' counsel, or Plaintiffs' experts; all notes taken by Dr. Heath during the deposition of Dr. Dershwitz.</u>

                                            STATE OF DELAWARE
                                            DEPARTMENT OF JUSTICE

                                            /s/ Gregory E. Smith_____
                                            Gregory E. Smith, ID # 3869
                                            Elizabeth R. McFarlan, ID # 3759
                                            Marc Niedzielski, ID # 2616
                                            Deputy Attorneys General
                                            820 North French Street, 7th Floor
                                            Carvel State Building
                                            Wilmington, Delaware 19801
                                            (302) 577-8398
                                            Counsel for Defendants

Dated: September 14, 2007

## CERTIFICATION OF SERVICE

The undersigned certifies that on September 14, 2007, he electronically filed the attached *Amended Notice of Deposition* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

Michael Wiseman, Esq.
Assistant Federal Defender
Suite 545 West—The Curtis Center
Philadelphia, PA  19106
Attorney for Robert Jackson

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/_Gregory E. Smith_____
        Gregory E. Smith, ID # 3869
        Deputy Attorney General
        820 North French Street, 7th Floor
        Carvel State Building
        Wilmington, Delaware 19801
        (302) 577-8398