IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT JACKSON, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. A. No. 06-300-SLR |
| | ) |
| CARL DANBERG, et al., | ) |
| | ) |
| Defendants. | ) |

NOTICE OF DEFENDANTS' RESPONSE TO
PLAINTIFFS' THIRD DISCOVERY REQUEST

This 21st day of September, 2007, Defendants have delivered to Plaintiffs' counsel by electronic mail a copy of the Defendants' Response to Plaintiffs' Third Discovery Request.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Gregory E. Smith
    Gregory E. Smith, ID # 3869
    Deputy Attorney General
    820 North French Street, 7th Floor
    Carvel State Building
    Wilmington, Delaware 19801
    (302) 577-8398

Dated: September 21, 2007

**CERTIFICATION OF SERVICE**

The undersigned certifies that on September 21, 2007, he electronically filed the attached *Notice of Service of Discovery Response* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

Michael Wiseman, Esq.
Assistant Federal Defender
Suite 545 West—The Curtis Center
Philadelphia, PA  19106
Attorney for Robert Jackson

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor

Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398