IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. JACKSON, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARL C. DANBERG, )<br>THOMAS L. CARROLL, PAUL )<br>HOWARD, OTHER UNKNOWN STATE )<br>ACTORS RESPONSIBLE FOR AND )<br>PARTICIPATING IN THE CARRYING )<br>OUT OF PLAINTIFF'S EXECUTION, )<br>all in their individual and )<br>official capacities, )<br>)<br>Defendants. ) | Civ. No. 06-300-SLR |

### ORDER

At Wilmington this 26th day of September, 2007, having conferred with counsel;

IT IS ORDERED that the trial scheduled to commence on October 9, 2007 is postponed based on the United States Supreme Court having granted the petition for a writ of certiorari in Blaze v. Rees, ___ S.Ct. ___, 2007 WL 2075334 (Sept. 25, 2007).

IT IS FURTHER ORDERED that the pretrial conference scheduled for October 1, 2007 is cancelled.

_____
United States District Judge