IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT W. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-300-SLR |
| | ) | |
| CARL DANBERG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF SERVICE OF DOCUMENT PRODUCTION

In connection with Plaintiffs' Request for Production of Documents, Defendants hereby produce to Plaintiffs the following sequentially number documents:

BBBB. Delaware Correctional Center Procedure 2.7, Attachment #1,
dated October 2, 2007……………………………………………………….2529

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

Dated: October 5, 2007

**CERTIFICATION OF SERVICE**

The undersigned certifies that on October 5, 2007, he electronically filed the attached *Notice of Service of Document Production* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

>Michael Wiseman, Esq.
>Assistant Federal Defender
>Suite 545 West—The Curtis Center
>Philadelphia, PA  19106
>Attorney for Robert Jackson

>STATE OF DELAWARE
>DEPARTMENT OF JUSTICE
>
>/s/ Gregory E. Smith
>Gregory E. Smith, ID # 3869
>Deputy Attorney General
>820 North French Street, 7th Floor
>Carvel State Building
>Wilmington, Delaware 19801
>(302) 577-8398