# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT JACKSON, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 06-300-SLR |
| ) | |
| CARL DANBERG, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEFENDANTS' RESPONSE TO
## PLAINTIFF'S FOURTH DISCOVERY REQUEST

This 28th day of March, 2008, Defendants have delivered to Plaintiffs' counsel by electronic-mail and first class United States mail a copy of the Defendants' Response to Plaintiff's Fourth Discovery Request.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

Dated: March 28, 2008

# CERTIFICATION OF SERVICE

The undersigned certifies that on March 28, 2008, he electronically filed the attached *Notice of Service of Discovery Response* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

Michael Wiseman, Esq.
Assistant Federal Defender
Suite 545 West—The Curtis Center
Philadelphia, PA  19106
Attorney for Robert Jackson

 

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor

Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398