IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. JACKSON, III,        )<br>                                                        )<br>        Plaintiff,                          )<br>                                                        )<br>    v.                                              )      Civ. No. 06-300-SLR<br>                                                        )<br>CARL C. DANBERG,                 )<br>THOMAS L. CARROLL, PAUL  )<br>HOWARD, OTHER UNKNOWN STATE )<br>ACTORS RESPONSIBLE FOR AND  )<br>PARTICIPATING IN THE CARRYING  )<br>OUT OF PLAINTIFF'S EXECUTION,  )<br>all in their individual and              )<br>official capacities,                       )<br>                                                        )<br>        Defendants.                      ) | |

### O R D E R

At Wilmington this 17th day of April, 2008,

IT IS ORDERED that the court shall conduct an in-person status conference in chambers on **Wednesday, May 14, 2008** at **10:30 a.m** in Room 6124, on the sixth floor of the J. Caleb Boggs Federal Building. The parties shall be prepared to address the specific procedures that have been employed by the Department of Correction for death by lethal injection in light of the Supreme Court's opinion in <u>Blaze v. Rees</u>, ___ S.Ct. ___, 2008 WL 1733259 (April 16, 2008).

                                                                                    _____
                                                                                    United States District Judge