IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT W. JACKSON, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-300-SLR |
| | ) | |
| CARL C. DANBERG, | ) | |
| THOMAS L. CARROLL, PAUL | ) | |
| HOWARD, OTHER UNKNOWN STATE | ) | |
| ACTORS RESPONSIBLE FOR AND | ) | |
| PARTICIPATING IN THE CARRYING | ) | |
| OUT OF PLAINTIFF'S EXECUTION, | ) | |
| all in their individual and | ) | |
| official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 30th day of April, 2008,

IT IS ORDERED that the **location** of the status conference scheduled for

**Wednesday, May 14, 2008** at **10:30 a.m.** has been **changed** to commence in

courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King

Street, Wilmington, Delaware.

United States District Judge