IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT W. JACKSON, III, | : | **Civil Action No.** |
| | : | 06-CV-300 |
| Plaintiff, | : | |
| | : | |
| -against- | : | Chief Judge Sue L. Robinson |
| | : | |
| CARL C. DANBERG, et al., | : | Electronically Filed |
| | : | |
| Defendants. | : | |
| | : | **CLASS ACTION** |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF AN ATTORNEY
AND MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Local Rules 83.5 and 83.7, Maria K. Pulzetti, Esq., hereby substitutes her appearance for that of Megan K. McCracken, Esq.. Ms. McCracken withdraws her appearance, as she is no longer employed with the Federal Community Defender. Michael Wiseman and Helen Marino continue to represent Plaintiff.

Maria K. Pulzetti, Esq., moves this Court to allow her to appear *Pro Hac Vice* on behalf of Plaintiff. Ms. Pulzetti is an attorney with the Federal Community Defender, Capital Habeas Unit. She is also a member in good standing of the bars of the Pennsylvania Supreme Court, the U.S. District Court for the Eastern District of Pennsylvania, and the Third Circuit Court of Appeals.

Respectfully Submitted,

/s/ Maria K. Pulzetti

_____
Maria K. Pulzetti
Research & Writing Specialist
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520

Dated:      Philadelphia, PA
            May 13, 2008

**Certificate of Service**

I, Maria K. Pulzetti, hereby certify that on this 13th day of May, 2008 I served the foregoing upon the following persons by e-mail and United States Mail:

Marc P. Niedzielski, Esq. and Gregory E. Smith, Esq.
Office of the Attorney General
820 North French Street, 6th Floor
Carvel State Building
Wilmington, Delaware 19801

/s/ Maria K. Pulzetti
_____
Maria K. Pulzetti