IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. JACKSON, III, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-300-SLR ) |
| CARL C. DANBERG, THOMAS L. CARROLL, PAUL HOWARD, OTHER UNKNOWN STATE ACTORS RESPONSIBLE FOR AND PARTICIPATING IN THE CARRYING OUT OF PLAINTIFF'S EXECUTION, all in their individual and official capacities, | ) ) ) ) ) ) ) ) ) |
|     Defendants. | ) |

**ORDER**

At Wilmington this \9th day of May, 2008, having conferred with counsel;

IT IS ORDERED that:

1. A pretrial conference is scheduled for **Monday, June 23, 2008** at **2:30 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. On or before **June 6, 2008**, the parties shall file written submissions detailing: (1) the issues to be considered; (2) the witnesses/experts to be presented; and (3) the availability of said witnesses/experts.

                                                                                                                      _____
                                                                                                                       United States District Judge