IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. JACKSON, III, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 06-300-SLR |
| ) | |
| CARL C. DANBERG, ) | **CLASS ACTION** |
| THOMAS L. CARROLL, PAUL ) | |
| HOWARD, OTHER UNKNOWN STATE ) | |
| ACTORS RESPONSIBLE FOR AND ) | |
| PARTICIPATING IN THE CARRYING ) | |
| OUT OF PLAINTIFF'S EXECUTION, ) | |
| all in their individual and ) | |
| official capacities, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 27th day of June, 2008, having conferred with counsel during the pretrial conference;

IT IS ORDERED that:

1. An evidentiary hearing is scheduled for **Wednesday, September 10, 2008** at **9:00 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The court will start the proceeding by examining Drs. Heath and Dershwitz.

3. Each side will then be allotted 2 hours in total to conduct examinations of their witnesses and to cross examine opposing witnesses.

3. On or before **July 18, 2008**:

    a. Defendants shall produce for the court's in camera review the complete and unredacted Delaware Execution Protocol, including all Attachments.

    b. The parties shall confer and jointly produce for the court's review all discovery obtained by the parties, including deposition transcripts.

    c. The parties shall identify the witnesses they will be calling for the September 10 evidentiary hearing, along with a proffer of their anticipated testimony.

_____
United States District Judge