IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT W. JACKSON, III, | : | Civil Action No. |
| | : | 06-CV-300 |
| Plaintiff, | : | |
| | : | |
| -against- | : | **Judge Sue L. Robinson** |
| | : | |
| CARL C. DANBERG, et al., | : | **Electronically Filed** |
| | : | |
| Defendants. | : | |
| | : | **CLASS ACTION** |

**Plaintiffs' Statement Pursuant to Local Rule 7.1.1**

    Undersigned counsel for Plaintiffs' have conferred with opposing counsel with regard to *Plaintiffs' Motion for Clarification of Court's Pre-Trial Order* (filed today), and represent to the Court that Defendants' counsel **oppose** the relief sought in the *Motion*.

Respectfully Submitted,

/s/ Michael Wiseman
_____

Michael Wiseman
Helen Marino
Maria K. Pulzetti
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520

Dated:  Philadelphia, PA
         July 9, 2008

**Certificate of Service**

I, Michael Wiseman, hereby certify that on this 9th day of July, 2008 I served the foregoing upon the following persons by e-mail and United States Mail:

Gregory E. Smith, Esq.
Elizabeth McFarlan, Esq.
Marc P. Niedzielski, Esq.
Office of the Attorney General
820 North French Street, 6th Floor
Carvel State Building
Wilmington, Delaware 19801

/s/ Michael Wiseman
_____
Michael Wiseman