**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROBERT JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 06-300-SLR |
| | ) | |
| CARL DANBERG, et al., | ) | CLASS ACTION |
| | ) | |
| Defendants. | ) | |

<u>NOTICE OF FILING OF PAPER DOCUMENTS</u>

Pursuant to the Court's June 27, 2008 order, Defendants hereby submit copies of

the following materials produced by Defendants during the course of discovery:

A.   DCC Procedure Number 110-Execution Procedure, Dated 3/11/92………..1

B.   DCC Procedure Number 110-Execution Procedure, Dated 2/26/93…...130

C.   DCC Procedure 2.7-Execution Procedure, Dated 9/29/95……………...205

D.   DCC Procedure 2.7-Execution Procedure, Dated 3/1/99……………......279

E.   DCC Procedure 2.7-Execution Procedure, Dated 10/11/00………..........345

F.   DCC Procedure 2.7-Execution Procedure, Dated 8/1/05……………......408

G.   Telephone Watch Log—Inmate Steven Pennell………………………….466

H.   Telephone Watch Log—Inmate James Allen Red Dog………………....488

I.   DCC Execution Log—Inmate Kenneth W. DeShields…………………506

J.   DCC Execution Log—Inmate Andre Deputy……….………………….532

K.   DCC Execution Log—Inmate Nelson Shelton…………………………567

L.   DCC Execution Log—Hanging-Inmate Billy Bailey…………………..607

M.   DCC Execution Log—Lethal Injection-Inmate William Flamer………640

N.   DCC Execution Log—Lethal Injection-Inmate James Clark…………..676

O.      DCC Execution Log—Lethal Injection-Inmate David Lawrie............712

P.      DCC Execution Log—Lethal Injection-Inmate Willie Sullivan..........724

Q.      DCC Execution Log—Lethal Injection-Inmate Dwayne Weeks.........738

R.      DCC Execution Log—Lethal Injection-Inmate David Dawson..........748

S.      DCC Execution Log—Lethal Injection-Inmate Abdullah Hameen......762

T.      DCC Execution Log—Lethal Injection-Inmate Brian Steckel...........771

U.      Autopsy Documents- Steven Pennell……………………….........785

V.      Autopsy Documents-James Allen Red Dog…......................................1022

W.      Autopsy Documents-Kenneth Deshields……………...........................1264

X.      Autopsy Documents-Andre Deputy…………….....................................1433

Y.      Autopsy Documents-Nelson Shelton………….......................................1560

Z.      Autopsy Documents-William Flamer…………….................................1627

AA.     Autopsy Documents-James Clark, Jr.…………………………….1676

BB.     Autopsy Documents-David Lawrie……………...............................1717

CC.     Autopsy Documents-Willie Sullivan…………………………….1735

DD.     Autopsy Documents-Dwayne Weeks………….………………...1762

EE.     Autopsy Documents-David Dawson………….………………...1787

FF.     Autopsy Documents-Abdullah Hameen……………………………1816

GG.     Autopsy Documents-Brian Steckel……………………………….1845

HH.     State of Delaware, Department of Correction Policy No. 2.7, ..........1904

II.      Bureau of Prisons Procedure No. 2.4…………………………..………1905

JJ.      After Action Report on the execution of Brian Steckel…...…………..1945

KK.     Venous access memo re: Brain Steckel……………………...……..1950

LL.     Death Watch Log Summary re: Brian Steckel…..…………………1952

MM.   Final Report on the execution of Abdullah Hameen,
        aka Cornelius Ferguson…………………………………………..1959

NN.    Venous access memo re: Abdullah Hameen…………………………..1965

OO.    Death Watch Log Summary re: Abdullah Hameen,
        aka Cornelius Ferguson…………………………………………..1968

PP.     Final Report on the execution of David Dawson...…………………1988

QQ.    Venous access memo re: David Dawson………………….....………1996

RR.    Death Watch Log Summary re: David Dawson……………………...1998

SS.     Final Report on the execution of Dwayne Weeks……………………2025

TT.     Venous access memo re: Dwayne Weeks……………………………..2030

UU.    Death Watch Log Summary re: Dwayne Weeks……………………...2032

VV.    Final Report on the execution of Willie Sullivan……………………..2034

WW.  Death Watch Log Summary re: Willie Sullivan...……………………2039

XX.    Final Report on the execution of David Lawrie………………………2057

YY.    Venous access memo re: David Lawrie………………………………2062

ZZ.    Death Watch Log Summary re: David Lawrie...……………………...2064

AAA. Final Report on the execution of James Clark………………………...2078

BBB.  Venous access memo re: James Clark………………….....…………2080

CCC. Death Watch Log Summary re: James Clark...……………………...2082

DDD. Final Report on the execution of William Flamer……………………2097

EEE.  Venous access memo re: William Flamer…………………….....……2098

FFF.   Death Watch Log Summary re: William Flamer……………………...2100

GGG. Final Report on the execution of Nelson Shelton……………………..2115

HHH.   Venous access memo re: Nelson Shelton…………………………..2121

III.   Death Watch Log Summary re: Nelson Shelton..……………………..2123

JJJ.   Final Report on the execution of Andre Deputy………………………2140

KKK.   Venous access memo re: Andre Deputy……………………...……..2145

LLL.   Death Watch Log Summary re: Andre Deputy..………………………2148

MMM.   Final Report on the execution of Kenneth DeShields…………………2163

NNN.   Venous access memo re: Kenneth DeShields…………………………2168

OOO.   Death Watch Log Summary re: Kenneth DeShields..…………………..2170

PPP.   Final Report on the execution of James Allen Red Dog………………2179

QQQ.   Venous access memo re: James Allen Red Dog………………………2185

RRR.   Death Watch Log Summary re: James Allen Red Dog………………..2189

SSS.   Final Report on the execution of Steven Pennell……………………..2203

TTT.   Death Watch Log Summary re: Steven Pennell..………………………2210

UUU.   Letter dated February 24, 1992 to Bureau Chief Risley
       from Department of Justice…………………………………………2228

VVV.   Death Watch Discussion Log Book…………………………………..2230

WWW.   Bureau of Prisons Procedure Manual 2.4, dated February 1, 1993….2414

XXX.   Department of Correction Policy No. 2.7, dated August 31, 2007……2444

YYY.   Bureau of Prisons Policy No. 2.7, dated August 31, 2007…………….2445

ZZZ.   Delaware Correctional Center Procedure No. 2.7, and attachments
       dated August 31, 2007………………………………………………...2446

AAAA.   Expert Report and Curriculum Vitae of Dr. Mark Dershwitz………..2507

BBBB.   Delaware Correctional Center Procedure 2.7, Attachment #1,
       dated October 2, 2007…………………………………………………2529

Defendants hereby submit copies of the following materials written responses to interrogatories submitted by Defendants and Plaintiff during the course of discovery (these materials were not Bates-stamped):

Defendants' response to Plaintiff's motion for discovery

Defendants' response to Plaintiff's second discovery request

Defendants' response to Plaintiff's third discovery request

Defendants' response to Plaintiff's fourth discovery request

Plaintiff's response to Defendants' first set of interrogatories

Plaintiff's response to Defendants' first request for production

Defendants also hereby submit copies of the materials produced by Plaintiff during the course of discovery (numbered 1-212) referenced within Plaintiff's response to Defendants' first request for production.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith_____
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware  19801
(302) 577-8398

Dated: July 18, 2008

## CERTIFICATION OF SERVICE

The undersigned certifies that on July 18, 2008, he electronically filed the

attached *Notice of Filing of Paper Documents* with the Clerk of Court using CM/ECF.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor

Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398