IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 06-300-SLR |
| | ) | |
| CARL DANBERG, et al., | ) | CLASS ACTION |
| | ) | |
| Defendants. | ) | |

NOTICE OF FILING OF PAPER DOCUMENTS UNDER SEAL

Pursuant to the Court's June 27, 2008 order, Defendants hereby submit a copy of the complete and unredacted Delaware Execution Protocol, including all attachments.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware  19801
(302) 577-8398

Dated: July 18, 2008

**CERTIFICATION OF SERVICE**

The undersigned certifies that on July 18, 2008, he electronically filed the attached *Notice of Filing of Paper Documents under Seal* with the Clerk of Court using CM/ECF.

 

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398