

| | | |
|---|---|---|
| **JOSEPH R. BIDEN, III**<br>ATTORNEY GENERAL | **DEPARTMENT OF JUSTICE**<br>NEW CASTLE COUNTY<br>820 NORTH FRENCH STREET<br>WILMINGTON, DELAWARE 19801 | CRIMINAL DIVISION (302) 577-8500<br>FAX (302) 577-2496<br>CIVIL DIVISION (302) 577-8400<br>FAX (302) 577-6630<br>TTY (302) 577-5783 |

July 25, 2008

The Honorable Sue L. Robinson
Judge
United States District Court
844 North King Street
Wilmington, DE 19801

    Re: *Jackson v. Danberg*, C.A. No. 06-300-SLR

Dear Judge Robinson:

Please accept this letter in response to the Court's July 21, 2008 order directing the Defendants to notify the Court of their position regarding whether discovery documents should be made publicly available. The Defendants' position is that discovery materials should not be made publicly available at this time.

Respectfully submitted,

Gregory E. Smith
Deputy Attorney General