# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-300-SLR |
| | ) |
| CARL DANBERG, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING AND SERVICE OF DOCUMENTS

In accordance with the Court's Order of July 31, 2008, defendants are filing under seal and serving Plaintiff the following documents:

James T. Vaughn Correctional Center Procedure 2.7, Attachment #1, dated August 29, 2008

James T. Vaughn Correctional Center Procedure 2.7, Attachment # 10, dated August 29, 2008 (*plaintiff is being served with a redacted version of this document*)

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

Dated: August 29, 2008

**CERTIFICATION OF SERVICE**

The undersigned certifies that on August 29, 2008, he electronically filed the attached *Notice of Filing and Service of Documents* and the referenced documents with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant:

    Michael Wiseman, Esq.
    Assistant Federal Defender
    Suite 545 West—The Curtis Center
    Philadelphia, PA  19106
    Attorney for Robert Jackson

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Gregory E. Smith
    Gregory E. Smith, ID # 3869
    Deputy Attorney General
    820 North French Street, 7th Floor
    Carvel State Building
    Wilmington, Delaware 19801
    (302) 577-8398