JTVCC Procedure 2.7 – Execution Procedure                               1
Attachment #1

# LETHAL INJECTION

Member Selection Criteria

The Warden and Deputy Wardens of the James T. Vaughn Correctional Center are members of the Execution Team by virtue of their official positions. The Warden selects the remaining Department of Correction members and considers, at a minimum, the following criteria: length of service; ability to maintain confidentiality; maturity; willingness to participate; work performance; professionalism; staff recommendations; review of personnel files prior to selection.

Two or more members of the Execution Team shall be referred to as the IV team. The following people with at least one year of professional experience may be on the IV team:
a. Certified Medical Assistant, or
b. Phlebotomist, or
c. Emergency Medical Technician, or
d. Paramedic, or
e. Military Corpsman

Members of the IV team must remain certified in their profession and must fulfill any continuing education requirements in their profession.

One member of the Execution Team shall function as the Lethal Injection Recorder. This person shall not be one of the two IV team members.

In addition to the Execution Team, IV Team and Lethal Injection Recorder, one individual will be assigned to ensure adherence with the protocol and to document any deviations. This individual shall report any deviations from the protocol directly to the Commissioner.

Training

All execution team members shall read the portion of the Lethal Injection Execution Procedure that pertains to their task when they become members of the execution team. Additionally, the Warden or Warden's designee shall review the Execution Procedure at least annually.

The Execution Team, including IV team, shall practice at least three (3) times within 90 days of a scheduled execution. The practice shall include training on all activities from removal of the ISDP[1] from the holding cell including the insertion of two (2) IV's into a volunteer. A Department of Correction volunteer shall play the role of the ISDP. The Warden or Warden's designee shall maintain a record of participation in training exercises by documenting both the identity and date of such training participation.

---

[1] Inmate Subject to Death Penalty.

TLC 08/29/08

JTVCC Procedure 2.7 – Execution Procedure 2
Attachment #1

Exclusive of the Warden and Deputy Wardens, identity shall be by initials only in order to protect Execution Team members from harassment.

<u>Procurement, Storage, Accountability, and Transfer of Chemicals</u>

A. Procurement

1. Upon receipt of an execution order from Superior Court, the Warden or Warden's designee shall check the supply of chemicals, along with the expiration dates of chemicals on hand. If it is determined that additional chemicals are needed, the Warden or designee shall obtain the necessary chemicals.

B. Storage

1. The Warden or designee shall transport the chemicals from the point of procurement and place them in the secure refrigerator located in the Warden's Conference Room. Only the Warden shall have access to this refrigerator. The refrigerator is plugged into a power outlet that is supported by a generator in the event of a power outage. Pancuronium Bromide must be refrigerated at approximately 40 degrees Fahrenheit. A thermometer will be maintained inside the refrigerator for temperature verification at the time inventories are conducted.

2. All locking devices and storage containers are designed to prevent access to anyone without proper keys or result in such destruction that entry into the container is unmistakable. There is only one key to access the refrigerator. That key is issued permanently to the Warden of the James T. Vaughn Correctional Center. The Warden surrenders that key to no one other than the one member of the Execution Team designated to inventory the lethal injection chemicals and only for the limited amount of time necessary to count and check expiration dates of the lethal injection chemicals.

3. All chemical boxes and bottles have expiration dates, and all chemicals are contained in tamper-proof vessels. Chemicals that have passed their expiration dates are destroyed.

C. Accountability

1. A permanently bound ledger is maintained in the storage area that contains a record of each lethal injection chemical. An inventory of each chemical is maintained in its own section within the ledger. Any chemicals removed for use, disposal due to expiration, or any other reason shall be deducted from the

TLC 08/29/08

JTVCC Procedure 2.7 – Execution Procedure                                              3
Attachment #1

        inventory. Any chemical received into the storage container shall be added to the inventory.

2. Upon receipt of the lethal injection chemicals, the Warden or designee shall place the chemicals in the refrigerator and adjust the inventory ledger appropriately. Prior to placing the chemicals in the refrigerator, the expiration date and other identifying marking is recorded to ensure that each chemical is properly disposed of at the time of expiration.

3. The Warden and designee shall jointly verify all inventories of lethal injection chemicals on at least a semi-annual basis and in advance of each execution. The Warden and designee shall make appropriate entries in the ledger with the full signatures that verify the accuracy of the lethal injection chemical count. The temperature of the refrigerator shall be checked to ensure it is approximately 40 degrees Fahrenheit.

Transfer of Chemicals to Execution Building

1. After the lethal injection chemicals are signed out on the appropriate ledger for execution purposes, the lethal injection chemicals are placed in a lock-box for transport to the execution building. The Warden's designee is responsible for the delivery of the lethal injection chemicals to the members of the IV team in the execution building.

2. In the event the lethal injection chemicals are not used and not compromised in any way, the lethal injection chemicals are returned to the locked refrigerator, re-entered on the inventory ledger, and the refrigerator secured.

<u>Lethal Injection Chemical Set-Up and Preparation</u>

A. Preparation

1. The Warden's designee transports the chemicals from the locked refrigerator to the Injection Room approximately three hours before an execution. The amount of chemicals and saline is sufficient, at a minimum, to make two complete sets of syringes. One set is color-coded red and the back-up set is color-coded blue. Each syringe is numbered in the order it is to be administered and labeled with the name of its contents. Only the Warden and one member of the Execution team have a key to the Injection Room.

2. Each chemical is prepared and drawn into syringes by one member of the IV team. Another member of the IV team observes and verifies that the procedure has been carried out correctly.

3. Only one chemical and one syringe is prepared at a time. The two sets of syringes are positioned in specific holding places in two separate trays color-

JTVCC Procedure 2.7 – Execution Procedure                                    4
Attachment #1

coded red and blue. The syringes are numbered, labeled, and placed in each tray in the order that they will be administered. One member of the IV team will perform this procedure while another member of the IV team observes and verifies that the procedure has been carried out correctly. The member of the execution team selected as the Lethal Injection Recorder shall document the preparation of each chemical on the Chemical Preparation Time Sheet.

4. Instructions for preparation of one set of syringes:

   **Sodium Thiopental**: Sodium Thiopental will be mixed pursuant to manufacturer's instructions. The total amount of Thiopental required is 3 grams at 2.5% concentration of the chemical for each color set. The IV team member then draws the solution into syringes. The syringes are labeled "Sodium Thiopental #1a" and "Sodium Thiopental #1b," etc., as necessary.

   **Saline**: The member of the IV team draws 50 mL of saline solution from the IV bag into a syringe which is labeled "Saline #2."

   **Pancuronium Bromide (Pavulon)**: The member of the IV team draws 50 mL of Pancuronium Bromide (1 mg/mL) in one syringe for a total dose of 50 mg. This syringe is labeled "Pancuronium Bromide #3".

   **Saline**: The member of the IV team draws 50 mL of saline solution from the IV bag into a syringe which is labeled "Saline #4."

   **Potassium Chloride**: The member of the IV team draws 40 mL of Potassium Chloride (2 mEq/mL) into each of 3 syringes for a total dose of 240 mEq. The syringes are labeled "Potassium Chloride #5a" and "Potassium Chloride #5b," and "Potassium Chloride #5c"respectively.

   **Saline**: The member of the IV team draws 50 mL of saline solution from the IV bag into a syringe which is labeled "Saline #6."

5. The tray is placed on the workstation in the Injection Room.

6. This process shall be repeated to create a second, back-up set of syringes. The primary set will be color-coded red and the backup set will be color-coded blue.

B. Set Up

   A member of the IV team will prepare, using an aseptic technique, two (2) standard intravenous (IV) infusion sets, each consisting of a pre-filled, sterile plastic bag of normal saline for IV use (a solution of sodium chloride at 0.9% concentration) with an attached drip chamber, a long sterile tube fitted with a back check valve and a clamp to regulate the flow, a connector to attach to the access

TLC 08/29/08

JTVCC Procedure 2.7 – Execution Procedure 5
Attachment #1

device, and an extension set fitted with luer lock tip for a blood cannula to allow for the infusion of the lethal chemicals into the line. The extension line that will be used to infuse the lethal chemicals into the primary injection line will be clearly marked as "left," and the additional extension set that will be attached to the secondary injection line will be clearly marked with as "right."

<u>Insertion of a Catheter and Connected IV Lines</u>

A. Strap Down and Location of the Vein

   1. The Tie-Down team straps the ISDP to the gurney in the Execution Chamber. Members of the Tie-Down team restrain the ISDP's arms securely to the gurney. The restraints are to be secure but not so tight as to restrict blood circulation.

   2. The Tie-Down team exits the execution chamber after the ISDP is in place and secure.

   3. One member of the IV team enters the execution chamber with two containers of instruments. Prior to entering the execution chamber, the IV team shall have reviewed a venous access memo previously prepared regarding the ISDP. One member of the IV team remains in the Injection Room.

   4. Prior to IV placement, an IV team member in the execution chamber must verify that the restraints do not adversely restrict blood flow. If a restraint needs to be adjusted, the IV team member shall inform the Warden. In such case, the Warden will direct the Tie-Down team to return and to appropriately adjust the restraint.

B. Venipuncture and IV Lines

   1. An IV team member shall insert one (1) primary IV line and one (1) backup IV line in a location deemed suitable by the team members. The placement of the IV lines will be made in the judgment of the IV team, based on the IV team members' training and experience, as well as their review of the venous access memo prepared in advance of the execution.

      The insertion site of preference shall be the following order: arms, hands, ankles and/or feet.

   2. Under no circumstances shall a cut down procedure be performed to gain venous access.

   3. If the IV team cannot secure a primary and back-up site within one (1) hour, the Governor's Office shall be contacted by the Commissioner and a request

TLC 08/29/08

JTVCC Procedure 2.7 – Execution Procedure                                                6
Attachment #1

      shall be made that the execution be scheduled for a later date.

    4. An IV team member attaches the Solution Set line from the right Saline bag to the catheter.

    5. An IV team member in the Execution Chamber signals the IV team member in the Injection Room to open the clamp on the right bag of Saline to allow a flow of Saline into the vein.

    6. Members of the IV team observe the IV for indication of a well-functioning line. When the IV team is confident that there is a well-functioning line, the IV team member in the Injection Room signals that there is a successful line.

    7. A member of the IV team places a transparent dressing over the catheter and secures the line in place with tape.

    8. The second IV is then started, and the preceding steps 4-7 are repeated using the Solution Set line from the left Saline bag.

C. The IV team will securely connect the electrodes of the cardiac monitor to the ISDP and ensure the equipment is functioning.

Chemical Administration and IV Monitoring

A. Monitoring

    1. All members of the IV team monitor both catheters to ensure that there is no swelling around the catheter that could indicate that the catheter is not sufficiently inside the vein. The IV team member in the Injection Room monitors the catheters by watching the monitor in the room by means of a pan-tilt zoom camera. The IV team members observe the drip chambers in both lines to ensure a steady flow/drip into each Solution Set line. The IV team member leaves the Execution Chamber and reenters the Injection Room.

    2. One of the IV team members observes the process, monitoring the catheter sites for swelling or discoloration, by observing the camera monitor and the ISDP through the window.

    3. The Lethal Injection Recorder shall enter the times of the administration of the saline and chemicals on the Chemical Administration Record.

    4. The IV team selects either the left or right Solution Set line based on the flow/drip inside the drip chamber. If both lines are equal, the left line is used.

TLC 08/29/08

JTVCC Procedure 2.7 – Execution Procedure 7
Attachment #1

    5. The lights in the injection room will remain on throughout the execution.

B. Chemical Administration

    1. When the Warden gives the pre-arranged signal to proceed with the execution, the IV team member clamps the line near the spike. The IV team member selects the first syringe from the red tray and inserts it into the extension line.

    Drug Sequence:

    Sodium Thiopental #1a

    Sodium Thiopental #1b

    Saline #2

    The IV team member shall wait two (2) minutes after delivery of Saline #2. During the two (2) minute waiting period after the delivery of Saline #2, a consciousness check shall be performed on the ISDP. The consciousness check shall be performed as follows:
      a. The curtain between the execution chamber and the witness room shall be closed.
      b. Once the curtain is closed, the Warden will call the ISDP's name in a loud voice and observe the ISDP for a reaction.
      c. A member of the IV team will assess the consciousness of the ISDP by tactile stimulation of the ISDP. This tactile stimulation shall include touching the ISDP, shaking the ISDP's shoulder, and brushing the eyelashes of the ISDP.

    During the consciousness check, the Warden and IV team shall closely monitor the ISDP to assess consciousness.

    The curtain between the execution chamber and witness room shall be re-opened.

    If it appears that the ISDP is unconscious, the Warden shall signal to proceed with the remaining syringes, starting with Pancuronium Bromide in sequence.

    Pancuronium Bromide #3

    Saline #4

    Potassium Chloride #5a

    Potassium Chloride #5b

TLC 08/29/08

JTVCC Procedure 2.7 – Execution Procedure  8
Attachment #1

    Potassium Chloride #5c

    Saline #6

    If, at the end of the two (2) minute waiting period, it appears to the Warden that the ISDP is not unconscious, the Warden shall direct the IV team to discontinue the use of the primary IV line and order that the backup IV be used with a new administration of Sodium Thiopental. If it is necessary to use the back-up IV line, the Warden and IV team member would perform a second consciousness check following the administration of the Sodium Thiopental and Saline flush.

2. The IV team members observe the correct order of the syringes as one IV team member injects the chemicals and saline solution.

3. After the final saline flush has been injected, the IV team closes the extension line with a clamp and opens the line below the spike to allow a drop of 1-2 drops per second in the drip chamber.

4. The IV team signals to the Warden that all of the chemicals and saline solution have been administered.

5. An IV team member will begin a stopwatch once the lethal injections are complete. If the heart monitor does not indicate a flat line after ten (10) minutes, and if during that time the physician is not able to pronounce death, the Warden shall order a second set of lethal chemicals to be administered (Sodium Thiopental, Pancuronium Bromide, and Potassium Chloride). This process will continue until death has occurred.

C.     Stabilization Procedure After The Execution Has Commenced:

    1. In the event that a stay is issued after the execution has commenced, the execution team will stand down and medical staff on site will attempt to stabilize the ISDP with the below listed equipment and personnel.

- The Warden will arrange for an ambulance and staff to be present on institutional property.
- A medical crash cart and defibrillator shall be located in the execution building.
- The physician who is present to declare death will also assist in reviving the ISDP in the event that a stay of execution is ordered after the lethal injection has begun.

TLC 08/29/08

JTVCC Procedure 2.7 – Execution Procedure  9
Attachment #1

# CHEMICAL PREPARATION TIME SHEET

Date _____

<u>Time prepared</u>

Sodium Thiopental, 3 grams (2.5% concentration)
Prepared according to manufacturer's
Instructions by _____.    _____


2 syringes prepared by _____ at    _____
labeled Sodium Thiopental #1a Red and
Sodium Thiopental #1b Red.

If necessary, 1 syringe prepared by _____ at    _____
labeled Sodium Thiopental #1c Red.


Normal Saline, 50 mL

1 syringe prepared by _____ at    _____
labeled Saline #2 Red

Pancuronium bromide, 50 mg (1mg/mL)
(five 10 mL Vials of 1 mg/mL
 in one syringe)

1 syringe prepared by _____ at    _____
labeled Pancuronium Bromide #3 Red

Normal Saline, 50 mL

1 syringe prepared by _____ at    _____
labeled Saline #4 Red


Potassium Chloride, 240 mEq
(four 10 mL vials of 20 mEq strength
in each of 3 syringes)


TLC 08/29/08

JTVCC Procedure 2.7 – Execution Procedure                                                                10
Attachment #1

                                                                                        <u>Time prepared</u>

3 syringes prepared by _____ at                      _____
labeled Potassium Chloride #5a Red,
Potassium Chloride #5b Red, and
Potassium Chloride #5c Red


Normal Saline, 50 mL

1 syringe prepared by _____ at                        _____
labeled Saline #6 Red


Process repeated for back-up set


Sodium Thiopental, 3 grams (2.5% concentration)
Prepared according to manufacturer's
Instructions by _____ at _____.


2 syringes prepared by _____ at                 _____
labeled Sodium Thiopental #1a Blue and
Sodium Thiopental #1b Blue.

If necessary, 1 syringe prepared by _____ at          _____
labeled Sodium Thiopental #1c Blue.


Normal Saline, 50 mL

1 syringe prepared by _____ at                       _____
labeled Saline #2 Blue

Pancuronium bromide, 50 mg (1mg/mL)
(five 10 mL vials of 1 mg/mL
in one syringe)


TLC 08/29/08

JTVCC Procedure 2.7 – Execution Procedure  11
Attachment #1

**Time prepared**

1 syringe prepared by _____ at _____
labeled Pancuronium Bromide #3 Blue

Normal Saline, 50 mL

1 syringe prepared by _____ at _____
labeled Saline #4 Blue

Potassium Chloride, 240 mEq
(four 10 mL vials of 20 mEq strength
in each of 3 syringes)

3 syringes prepared by _____ at _____
labeled Potassium Chloride #5a Blue,
Potassium Chloride #5b Blue, and
Potassium Chloride #5c Blue

Normal Saline, 50 mL

1 syringe prepared by _____ at _____
labeled Saline #6 Blue

[The "prepared by _____" should be completed by the Execution Team member functioning in the capacity of Lethal Injection Recorder, who shall only list the IV team member who prepared the syringe by his or her initials]

The sequentially numbered syringes color-coded Red shall be used to carry out the execution by lethal injection. The sequentially numbered syringes color-coded Blue shall only be used in the event that a need arises to make use of the second IV line connected to the ISDP.

Lethal Injection Recorder Signature: _____

TLC 08/29/08

JTVCC Procedure 2.7 – Execution Procedure 12
Attachment #1

## LETHAL INJECTION CHEMICAL ADMINISTRATION RECORD

Inmate Sentenced to Death Penalty

Name: _____   SBI # _____

Date: _____

| Set 1 (Red) | Chemical | Time Started |
|---|---|---|
| Syringe #1a | Sodium Thiopental | _____ |
| Syringe #1b | Sodium Thiopental | _____ |
| [Syringe #1c | Sodium Thiopental | _____ ] |
| Syringe #2 | Saline | _____ |

TWO MINUTES MUST ELAPSE AFTER COMPLETION OF SYRINGE #2. A CONCIOUSNESS CHECK MUST ALSO BE COMPLETED. ONCE UNCONCIOUSNESS OF ISDP IS VERIFIED, WARDEN MUST SIGNAL TO PROCEED WITH START OF SYRINGE #3.

| | | |
|---|---|---|
| Syringe #3 | Pancuronium Bromide | _____ |
| Syringe #4 | Saline | _____ |
| Syringe #5a | Potassium Chloride | _____ |
| Syringe #5b | Potassium Chloride | _____ |
| Syringe #5c | Potassium Chloride | _____ |
| Syringe #6 | Saline | _____ |

End Time _____

Recorder Signature _____

TLC 08/29/08

JTVCC Procedure 2.7 – Execution Procedure                                        13
Attachment #1

## LETHAL INJECTION CHEMICAL
## <u>ADMINISTRATION RECORD</u>

Inmate Sentenced to Death Penalty

Name: _____          SBI # _____

Date: _____

| Set 2 (Blue)   | Chemical            | Time Started |
|----------------|---------------------|--------------|
| Syringe #1a    | Sodium Thiopental   | _____  |
| Syringe #1b    | Sodium Thiopental   | _____  |
| [Syringe #1c   | Sodium Thiopental   | _____] |
|                |                     |              |
| Syringe #2     | Saline              | _____  |

TWO MINUTES MUST ELAPSE AFTER COMPLETION OF SYRINGE #2. A CONCIOUSNESS CHECK MUST ALSO BE COMPLETED. ONCE UNCONCIOUSNESS OF ISDP IS VERIFIED, WARDEN MUST SIGNAL TO PROCEED WITH START OF SYRINGE #3.

| Syringe #3     | Pancuronium Bromide  | _____ |
|----------------|----------------------|-------------|
| Syringe #4     | Saline               | _____ |
| Syringe #5a    | Potassium Chloride   | _____ |
| Syringe #5b    | Potassium Chloride   | _____ |
| Syringe #5c    | Potassium Chloride   | _____ |
| Syringe #6     | Saline               | _____ |

                                             End Time _____
***If the back-up set of chemicals were not used to complete the execution, the Recorder should write "NOT USED" and sign his/her name below***
                                    Recorder Signature _____

TLC 08/29/08

JTVCC Procedure 2.7 - Execution Procedure                                      14
Attachment #1

**Supply Check List**

| Amount | Materials | Verified By |
|---|---|---|
| 12 | Sodium Thiopental, 500 mgm. w/diluent | _____ |
| 20 | Pancuronium Bromide (Pavulon) 1 mg/ml 10 mL vial | _____ |
| 20 | Potassium Chloride, 20 mEq/10 ml vial | _____ |
| 4 | Normal Saline, IV Bag, 500 cc | _____ |
| 20 | Syringe - 60 cc | _____ |
| 20 | Needle, 18 gauge, 1 1/2" | _____ |
| 8 | Angiocath, 16 Ga. 2" | _____ |
| 8 | Angiocath, 18 Ga. 2" | _____ |
| 8 | Angiocath, 20 Ga. 2" | _____ |
| 4 | Solution Injection Set | _____ |
| 2 | Stethoscope | _____ |
| 1 | Box Alcohol Pads | _____ |
| 4 | Clear Adhesive Tape 1" | _____ |
| 4 | Clear Adhesive Tape 3" | _____ |
| 1 | Scissors, Bandage, pair | _____ |
| 2 | Tourniquet | _____ |
| 2 | Rolls Adhesive gauze | _____ |
| 4 | Box - transparent dressing pads, 4" x 4" | _____ |
| 1 | Gloves, Surgical, Size 8; Sterile, Box | _____ |
| 6 | Surgical Mask | _____ |
| 6 | Surgical / Clinical Jackets | _____ |
| 2 | Flashlight with batteries | _____ |
| 4 | Permanent Markers (2 red/ 2 blue) | _____ |
| 4 | Syringe labels - 2sets | _____ |

Verified as accurate: _____
Date / Time: _____

TLC 08/29/08