IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBERT W. JACKSON, III, et al.,                )
                                               )
            Plaintiffs,                        )
                                               )
      v.                                       )   Civ. No. 06-300-SLR
                                               )   **CLASS ACTION**
CARL C. DANBERG, et al.,                       )
                                               )
            Defendants.                        )

### JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of March 11, 2009;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants and against plaintiffs.

_____
United States District Judge

Dated: 3/12/09

_____
(By) Deputy Clerk