IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT W. JACKSON, III, | : | **Civil Action No.** |
| | : | 06-CV-300 |
| Plaintiff, | : | |
| | : | United States District Judge |
| -against- | : | Sue L. Robinson |
| | : | |
| CARL C. DANBERG, et al., | : | Electronically Filed |
| | : | |
| Defendants. | : | **CLASS ACTION** |

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that Plaintiff, ROBERT W. JACKSON, III, individually and on behalf of the Certified Class, hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's March 11, 2009 Order granting Defendants' Motion for Summary Judgment, and entering judgment on March 12, 2009 in favor of Defendants and against the Plaintiff Class, and from each and every subsidiary adverse ruling and finding.

Respectfully Submitted,

/s/ Michael Wiseman
_____
Michael Wiseman
Helen Marino
Maria Pulzetti
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Counsel for Plaintiff Class

Dated:     March 30, 2009

## Certificate of Service

I, Michael Wiseman, hereby certify that on this 30th day of March, 2009, I served the foregoing upon the following persons by e-mail and United States Mail:

> Gregory E. Smith, Esq.
> Elizabeth McFarlan, Esq.
> Marc P. Niedzielski, Esq.
> Office of the Attorney General
> 820 North French Street, 6th Floor
> Wilmington, Delaware 19801

/s/ Michael Wiseman
_____
Michael Wiseman